Casanave Motor Vehicle Operator License Case.

Argued December 11, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before GROSHENS, J.

*David E. Thomas,* with him *Raspin, Espenshade, Heins, Erskine & Stewart,* for appellant.

*Elmer T. Bolla,* Deputy Attorney General, with him *David Stahl,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, January 16, 1962:

The order of the Court of Common Pleas of Montgomery County is affirmed on the opinion of Judge DAVID E. GROSHENS for the court below, reported at 25 Pa. D. & C. 2d 678.